# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

# ORDER OF THE EXECUTIVE COMMITTEE

It appearing that, pursuant to the Executive Committee Order entered on November 5, 2013, the civil cases on the attached list have been selected for reassignment to form the initial calendar of the Honorable Andrea R. Wood, therefore

IT IS HEREBY ORDERED that the attached list of 300 cases be reassigned to the Honorable Andrea R. Wood.

IT IS FURTHER ORDERED that this order shall become effective on Tuesday, November 19, 2013

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

Hon. Rubén Castillo, Chief Judge

Dated at Chicago, Illinois this _____ day of November, 2013

List of Cases to be Reassigned to the Initial Calendar of
the Hon. Andrea R. Wood from the Hon. Marvin E. Aspen

| | |
|---|---|
| 12-cv-05712 | Johnson v. Carter, et al. |
| 12-cv-10236 | Washington v. Atchison |
| 13-cv-03383 | Pasternak, et al. v. Village of Dolton |
| 13-cv-05308 | Dolemba v. Northland Group, Inc |
| 13-cv-06656 | Equal Employment Opportunity Commission v. Rosebud Restaurants, Inc., et al. |
| 13-cv-07459 | Clover Technologies Group, LLC v. Sims, et al. |

List of Cases to be Reassigned to the Initial Calendar of
the Hon. Andrea R. Wood from the Hon. Elaine E. Bucklo

| | |
|---|---|
| 11-cv-01922 | DeBias v. Jones, et al. |
| 12-cv-02377 | Leuzzi, et al. v. Landscape Structures, Inc. |
| 12-cv-05490 | Whiteamire Clinic, P.A., Inc. v. Quill Corporation, et al. |
| 12-cv-09618 | Scanlon v. United States of America, et al. |
| 13-cv-01119 | Bobbitt v. Chicago Police Department, et al. |
| 13-cv-02714 | Deutsche Bank National Trust Company v. Verhagen, et al. |
| 13-cv-03088 | Scottsdale Insurance Company v. City of Waukegan, et al. |
| 13-cv-04581 | Custom Transport, Inc. v. Synergy Transportation Systems, Inc. |
| 13-cv-05071 | Rowell v. Village of Dolton, et al. |
| 13-cv-05751 | Arguijo v. United States Citizenship & Immigration Services, et al. |
| 13-cv-07310 | Kim v. Sake Blu, Inc., et al. |
| 13-cv-07604 | Debenedetto v. Salas, et al. |

List of Cases to be Reassigned to the Initial Calendar of
the Hon. Andrea R. Wood from the Hon. Rubén Castillo

| | |
|---|---|
| 12-cv-08327 | Barr v. Kachiroubas, et al. |
| 13-cv-01697 | Clover Technologies Group, LLC v. Oxford Aviation, Inc., et al. |
| 13-cv-03111 | Laster v. Reyes, et al. |
| 13-cv-04307 | Equal Employment Opportunity Commission v. DolGenCorp LLC |
| 13-cv-06301 | Dunlap v. Sims, et al. |
| 13-cv-06975 | Pantoja v. Midland Credit Management, Inc., et al. |

List of Cases to be Reassigned to the Initial Calendar of
the Hon. Judge-Designate Andrea R. Wood from the Hon. Edmond E. Chang

08-cv-01110   Saso Golf, Inc. v. Nike, Inc.
11-cv-02518   Doe v. Society of the Missionaries of the Sacred Heart, et al.
12-cv-01544   Segerberg, et al. v. Pipe Fitters Welfare Fund, Local 597
12-cv-05274   Nehan v. Jones, et al.
12-cv-09902   Morrison v. Cook County Sheriff
13-cv-01588   Alvarez v. Total Insulation, Inc.
13-cv-03183   Filetti, III v. Experian Information Solutions, Inc.
13-cv-05040   Baptiste v. Kane County Teachers Credit Union, et al.
13-cv-05976   Clay v. Cook County, et al.
13-cv-06446   Moore v. Escallate, LLC.
13-cv-07199   Varghese v. National Railroad Passenger Corporation, et al.
13-cv-07656   Borz, et al. v. Napolitano, et al.


List of Cases to be Reassigned to the Initial Calendar of
the Hon. Andrea R. Wood from the Hon. Sharon Johnson Coleman

08-cv-03613   Lambert v. Jamison, et al.
11-cv-02679   Singer v. Progressive Care, SC, et al.
12-cv-00155   Stallings v. Bailey
12-cv-05198   FDIC v. Chicago Title Insurance Company, et al.
12-cv-07841   Henderson v. Astrue
13-cv-00238   Higgins v. Atchison, et al.
13-cv-01915   Muhammad v. Aurora Loan Services, LLC, et al.
13-cv-02464   Zurawski v. Chicago Transit Authority
13-cv-04398   OPS3 LLC, et al. v. American Chartered Bank
13-cv-05345   Allen v. Merchant
13-cv-06077   Garrett v. Ninos Lazar, d/b/a Select Dental, Inc., et al.
13-cv-06887   Johnson v. City of Rockford, et al.

List of Cases to be Reassigned to the Initial Calendar of
the Hon. Andrea R. Wood from the Hon. John W. Darrah

11-cv-05146   Chicago Carpenters Pension Fund, et al. v. Joyce Installations Company
12-cv-00403   Fisher v. Fapso
12-cv-04299   U.S. Bank, NA v. Murphy, et al.
12-cv-06854   Poff v. United States of America
12-cv-08617   In Re Barnes and Noble Pin Pad Litigation
              12-cv-08633   Winstead v. Barnes & Noble, Inc.
              12-cv-08799   R. Clutts , et al. v. Barnes & Noble
              13-cv-01511   Dieffenbach v. Barnes & Noble, Inc.
12-cv-09714   Beley, et al. v. City of Chicago
13-cv-00613   Arnold v. Graffia, et al.
13-cv-01724   Zambezia Film Pty Ltd. v. Does 1-56
13-cv-02960   Donaldson, et al. v. Sakas, et al.
13-cv-04091   US Bank National Association v. Brown, et al.
13-cv-07048   Laborers Pension and Welfare Department, et al. v. Forty 7 Construction, Inc.
13-cv-07651   Vessal v. Chase Bank USA, N.A., et al.


List of Cases to be Reassigned to the Initial Calendar of
the Hon. Andrea R. Wood from the Hon. Samuel Der-Yeghiayan

12-cv-05545   Sandoval, et al. v. United States Department of the Army
12-cv-08523   M.H. v. Monreal, et al.
13-cv-00231   Redus v. Illinois Bell Telephone Company
13-cv-01804   Hall v. TuneUp Corporation
13-cv-02391   Universal Dyeing & Printing, Inc. v. Sears Holding Corporation, et al.
13-cv-03635   Sauber, et al. v. Professional Bull Riders, Inc.
13-cv-04244   Cabaniss v. Colvin
13-cv-05728   Nazifi v. Colvin
13-cv-06123   J&J Sports Productions, Inc. v. Killerman, et al.
13-cv-06667   TCYK, LLC  v. Doe
13-cv-07006   Janikowski v. CCDOC, et al.
13-cv-07566   People of the State of Illinois v. Washington

List of Cases to be Reassigned to the Initial Calendar of
the Hon. Andrea R. Wood from the Hon. Robert M. Dow, Jr

| | |
|---|---|
| 09-cv-06595 | Carroll, et al. v. Atlas, et al. |
| 11-cv-00089 | Fandel v. Frost Lighting Company of Illinois, Inc. |
| 11-cv-08563 | Tolliver v. Chicago, et al. |
| 12-cv-03608 | McDaniels v. Vivanco, et al. |
| 12-cv-06436 | Groen v. Nelms, et al. |
| 12-cv-06883 | Clinton Police and Fire Retirement System v. Nelms, et al. |
| 12-cv-08485 | Nelson v. Intercontinental Hotels Group Operating Corp., et al. |
| 13-cv-02430 | Perkins, et al. v. Cook County, et al. |
| 13-cv-03640 | US Foods, Inc. v. Noble, et al. |
| 13-cv-04749 | Vazquez v. J.P. Morgan Chase Bank National Association, et al. |
| 13-cv-05814 | Luellen v. Dart, et al. |
| 13-cv-06718 | U.S. Bank National Association v. Jones, et al. |
| 13-cv-07320 | Winstead v. Colvin |

List of Cases to be Reassigned to the Initial Calendar of
the Hon. Andrea R. Wood from the Hon. Thomas M. Durkin

| | |
|---|---|
| 09-cv-05837 | Knebelsberger, et al. v. Village of Bellwood, et al. |
| 11-cv-06641 | King v. Allstate Insurance Company |
| 12-cv-02511 | Libertarian Party of Illinois, et al. v. Illinois State Board of Elections, et al. |
| 12-cv-05757 | Lagunas v. HMS Host, et al. |
| 12-cv-07360 | Thomas, et al. v. Asset Acceptance, LLC |
| 12-cv-09335 | Chicago Carpenters Pension Fund, et al. v. Ruane Construction, Inc. |
| 13-cv-01441 | Hardwell v. PQ Corporation |
| 13-cv-02839 | Johnson v. United States of America |
| 13-cv-04098 | Johnson v. City of Chicago |
| 13-cv-05599 | Central States Pension Fund, et al. v. Kopplin & Kinas Co., Inc., et al. |
| 13-cv-06603 | Raghuwanshi v. Rabah |
| 13-cv-07536 | Rice v. Midland Funding LLC |

List of Cases to be Reassigned to the Initial Calendar of
the Hon. Judge-Designate Andrea R. Wood from the Hon. Gary Feinerman

| | |
|---|---|
| 10-cv-07489 | Taylor v. Ott |
| 12-cv-04084 | Central States Pension Fund, et al. v. Wingra Redi-Mix, Inc. |
| 12-cv-04646 | Paloian v. Fifth Third Bank, et al. |
| 12-cv-07215 | PNC Bank v. 1150 Management Company, LLC, et al.. |
| 12-cv-09288 | Sroga v. City of Chicago, et al. |
| 13-cv-00841 | Mitter v. Dupage County, et al. |
| 13-cv-02198 | Laborers Pension Fund, et al. v. Dynamic Wrecking & Excavation, Inc. |
| 13-cv-03749 | Thomas v. Lemke, et al. |
| 13-cv-04968 | Malibu Media LLC v. Doe |
| 13-cv-06070 | U.S. Bank National Association v. Goldstein, et al. |
| 13-cv-06845 | Williams v. Kane County Court Services, et al. |
| 13-cv-07423 | Gonzalez v. Milin, et al. |

Primary List of Cases to be Reassigned to the Initial Calendar of
Judge-Designate Andrea R. Wood from the Hon. Robert W. Gettleman

| | |
|---|---|
| 10-cv-07346 | Wallace, et al. vs. United States of America |
| 12-cv-01376 | Mata v. Achison , et al. |
| 12-cv-01859 | General Association of Regular Baptist Churches v. Scott, et al. |
| 12-cv-04691 | National Immigrant Justice Center v. United States Department of Justice |
| 12-cv-08618 | Bayer, et al. v. Comcast Cable Communications, LLC |
| 13-cv-01270 | Houston Casualty Company v. Professional National Title Network Inc., et al. |
| 13-cv-03058 | Calderon v. Northeast Illinois Regional Commuter Railroad Corporation |
| 13-cv-04087 | Rosenbloom v. Barclays Bank PLC |
| 13-cv-04868 | Brown v. AEP Industries, et al. |
| 13-cv-06283 | Ocampo v. Remedial Environmental Manpower, Inc., et al. |
| 13-cv-06789 | Vaughan v. Keating, et al. |
| 13-cv-07182 | Will County Carpenters Pension Fund, et al. v. Casework Systems Installations |

List of Cases to be Reassigned to the Initial Calendar of
the Hon. Andrea R. Wood from the Hon. Joan B. Gottschall

| | |
|---|---|
| 10-cv-03447 | Zeller, et al. v. Wal-Mart Stores, Inc. |
| 12-cv-04110 | McFadden v. Kubik , et al. |
| 12-cv-09819 | Kelly vs. Exact Software North America LLC |
| 13-cv-02485 | Innovative Sports Management, Inc. v. Pleszka, et al. |
| 13-cv-04989 | Chicago Carpenters Pension Fund, et al. v. Systex Inc. , et al. |
| 13-cv-06786 | Ford v. Garrett Evangelical Theological Seminary |

List of Cases to be Reassigned to the Initial Calendar of
the Hon. Andrea R. Wood from the Hon. Ronald A. Guzman

| | |
|---|---|
| 11-cv-06289 | Fellowes, Inc. v. Fellowes Business Machines (Changzhou) Co., Ltd. |
| 11-cv-08698 | Lemancik v. American Airlines, Inc. |
| 12-cv-08571 | Walker v. Weatherspoon, et al. |
| 13-cv-00855 | Wells Fargo Bank, National Association v. Burns, et al. |
| 13-cv-02829 | Harrington v. Cook County, et al. |
| 13-cv-03747 | Clark v. Doe #1, et al. |
| 13-cv-04361 | Allen v. Rashkow, et al. |
| 13-cv-04978 | Malibu Media LLC v. Doe |
| 13-cv-05829 | DISH Network L.L.C., et al. v. Williams |
| 13-cv-06855 | Friedman v. Successories.com, LLC, et al. |
| 13-cv-07329 | Craig v. Doe |
| 13-cv-07410 | Traffic Tech, Inc. v. Imperial Eagle Express, Inc. |

List of Cases to be Reassigned to the Initial Calendar of
Judge-Designate Andrea R. Wood from the Hon. James F. Holderman

| | |
|---|---|
| 10-cv-07950 | Caputo-Petrishe, et al. v. Village of Oak Lawn, et al. |
| 12-cv-00014 | Negron v. Hardy, et al. |
| 12-cv-06763 | U.S. Commodity Futures Trading Commission v. Newell, et al. |
| 13-cv-01371 | Teachout v. Shinseki |
| 13-cv-03409 | Brown v. Dart, et al. |
| 13-cv-04577 | Jensen v. AFNI, Inc. |
| 13-cv-05216 | Scheffler, et al. v. Bennett Law, PLLC |
| 13-cv-05863 | 21st Century Dental Care, LLC v. Sentinel Insurance Company, Ltd., et. al. |
| 13-cv-06384 | Central States Pension Fund, et al. v. Hassler Trucking Service, Inc. |
| 13-cv-06873 | Gray v. Colvin |
| 13-cv-07105 | Russ v. Direct Energy Services, LLC, et al. |
| 13-cv-07443 | U.S. Bank National Association v. Epps, et al. |

List of Cases to be Reassigned to the Initial Calendar of
the Hon. Andrea R. Wood from the Hon. Virginia M. Kendall

| | |
|---|---|
| 12-cv-02807 | Bennet v. C.H. Robinson Company, et al. |
| 12-cv-03835 | Stewart v. Cook County Jail, et al. |
| 12-cv-06814 | Intercon Solutions, Inc. v. Basel Action Network, et al. |
| 12-cv-07023 | Smith v. J.C. Christensen & Associates, Inc., et al. |
| 13-cv-00690 | Deutsche Bank National Trust Company v. Paul, et al. |
| 13-cv-02304 | Bell v. City of Chicago, et al. |
| 13-cv-03090 | Allizon Brooks vs City of Chicago, et al. |
| 13-cv-03999 | Ramirez v. Ocwen Loan Servicing, LLC |
| 13-cv-05202 | First Merit Bank, N.A. v. David Dziedzic, et al. |
| 13-cv-05923 | Homatas v. Chandler, et al. |
| 13-cv-06713 | Hagenbuch v. Toyota Motor Sales USA, Inc. |
| 13-cv-07280 | Bridgeport Pain Control Center, Ltd. v. Erchonia Corporation, et al. |

List of Cases to be Reassigned to the Initial Calendar of
the Hon. Andrea R. Wood from the Hon. Matthew F. Kennelly

| | |
|---|---|
| 11-cv-05216 | Kyles v. Williams, et al. |
| 12-cv-01713 | Blakemore v. Dart |
| 12-cv-06438 | PNC Bank v. Chicago Title and Trust |
| 12-cv-09225 | Johnson v. Perez, et al. |
| 13-cv-00190 | Morris v. Dart, et al. |
| 13-cv-02162 | Riley v. Gaetz |
| 13-cv-03809 | Neil v. Kovitz Shifrin Nesbit |
| 13-cv-04805 | Heyer v. Bank of America, et al. |
| 13-cv-05608 | Heard v. Frasure, et al. |
| 13-cv-06342 | Card Verification Solutions, LLC v. Wells Fargo & Co. |
| 13-cv-07016 | Hachmon Foreclosures, Inc. v. Deutsche Bank National Trust Company |
| 13-cv-07469 | Zahran v. GBC Funding LLC, et al. |

List of Cases to be Reassigned to the Initial Calendar of
the Hon. Andrea R. Wood from the Hon. Charles P. Kocoras

| | |
|---|---|
| 11-cv-03440 | Gilard v. City of Chicago, et al. |
| 12-cv-08009 | Chicago Carpenters Pension Fund, et al. v. DuPage Overhead Garage Doors, Inc. |
| 13-cv-02041 | Luera v. Godinez, et al. |
| 13-cv-04669 | Cambridge Mutual Fire Insurance Company v. Kale Realty, LLC, et al. |
| 13-cv-05978 | Degrado v. Carter, et al. |
| 13-cv-07164 | Coach, Inc., et al. v. Vesun Fashion, Inc., et al. |

List of Cases to be Reassigned to the Initial Calendar of
the Hon. Andrea R. Wood from the Hon. John Z. Lee

| | |
|---|---|
| 10-cv-06825 | Corcoran v. City of Chicago |
| 11-cv-06456 | Santeler v. United States of America |
| 12-cv-01005 | ASC Insulation, Fireproofing and Supplies Inc. v. Laborers Union Local 582 |
| 12-cv-05938 | Wright v. LaSalle County Jail, et al. |
| 12-cv-08594 | Johnson, et al. v. City of Chicago |
| 13-cv-00300 | El v. Redmon's Towing |
| 13-cv-02269 | Cross v. City of Chicago, et al. |
| 13-cv-03701 | Kelly v. Department of Human Services - Shapiro |
| 13-cv-04773 | Medefil, Inc., et al. v. Scientific Protein Laboratories LLC, et al. |
| 13-cv-05716 | Lugo-Villalobos v. Chicago, et al. |
| 13-cv-06582 | Rice v. Nussbaum Transportation Services, Inc. |
| 13-cv-07509 | Glazer v. Arneson |

List of Cases to be Reassigned to the Initial Calendar of
the Hon. Andrea R. Wood from the Hon. Joan Humphrey Lefkow

| | | |
|---|---|---|
| 11-cv-03139 | Ayala v. Hardy, et al. | |
| 12-cv-01885 | Flava Works, Inc v. Rossi | |
| 12-cv-02507 | Monturano v. Lefkofsky, et al. | |
| | 12-cv-2682 | Wong v. Mason, et al. |
| | 12-cv-3217 | Potter v. Mason, et al |
| | 12-cv-3412 | Martin v. Mason, et al. |
| | 12-cv-3792 | Tipnis v. Mason, et al. |
| | 12-cv-3667 | Lutz v. Mason, et al. |
| 12-cv-08443 | Burton v. Ghosh, et al. | |
| 13-cv-02635 | Carlson, et al. v. Northrop Grumman Severance Plan, et al. | |
| 13-cv-05395 | Novak v. Colvin | |

List of Cases to be Reassigned to the Initial Calendar of
the Hon. Andrea R. Wood from the Hon. Harry D. Leinenweber

| | |
|---|---|
| 10-cv-04857 | Laborers Pension Fund, et al. v. Patching People Inc., et al. |
| 11-cv-06472 | Joao Bock Transaction Systems v. First National Bank, et al. |
| 12-cv-03288 | Negron v. Village of Melrose Park, et al. |
| 12-cv-06801 | HSBC Bank USA, National Association v. Davis |
| 12-cv-09357 | Ceilings Construction Assoc. v. Assoc. of the Wall and Ceiling Industry |
| 13-cv-00769 | Burton v. Illinois Central Railroad Company |
| 13-cv-02150 | Jaburek v. LaHood |
| 13-cv-03665 | Member Select Insurance Company v. Electrolux North America, Inc. |
| 13-cv-04562 | Johnson v. City of Chicago, et al. |
| 13-cv-05746 | Boyce v. Obaisi, M.D., et al. |
| 13-cv-06563 | Niemczewska v. Fidelity Information Corporation |
| 13-cv-07387 | Pitra v. RRCA Accounts Management, Inc. |

List of Cases to be Reassigned to the Initial Calendar of
the Hon. Andrea R. Wood from the Hon. Charles R. Norgle

| | |
|---|---|
| 10-cv-04679 | Chatman v. Morgan Lewis and Bockius, LLP |
| 11-cv-05682 | Parker v. EMC Mortgage LLC, et al. |
| 12-cv-01677 | John v. Hazel Crest School District No. 152.5, et al. |
| 12-cv-05613 | Harris, et al. v. Koll, et al. |
| 12-cv-08597 | Chenault v. Bank of America, et al. |
| 13-cv-00206 | Garcia v. North Chicago Community Unit School District 187 |
| 13-cv-02133 | Wiatr v. Landers House Condominium Association, et al. |
| 13-cv-03329 | Garbis v. Target Corporation |
| 13-cv-04257 | Levita v. United Airlines Corporation, et al. |
| 13-cv-05534 | Hughes v. The Portillo Restaurant Group |
| 13-cv-06587 | United States of America v. Funds in the Amount of $74,100 |
| 13-cv-07247 | Khattab v. Convergent Healthcare Recoveries, Inc |

List of Cases to be Reassigned to the Initial Calendar of
the Hon. Andrea R. Wood from the Hon. Rebecca R. Pallmeyer

| | |
|---|---|
| 11-cv-01651 | Allen v. Wheels, Inc., et al. |
| 11-cv-04455 | Cooper v. Stateville C.C. Health Care, et al. |
| 12-cv-04532 | Bilik v. Hardy, et al. |
| | 12-cv-06325   Bilik v. Hardy, et al. |
| | 13-cv-04883   Bilik v. Greene, et al. |
| | 13-cv-07548   Bilik v. County of Cook, et al. |
| | 13-cv-01432   Bilik v. Hardy, et al. |
| 12-cv-08167 | Gonzalez v. O'Leary, et al. |
| | 13-cv-01467   Gonzalez v. Disera |
| | 13-cv-07240   Gonzalez, et al. v. O'Leary, et al. |
| 12-cv-10090 | Walgreen Co. v. Networks - USA XVII Inc. |
| 13-cv-02127 | Wells Fargo Bank, National Association v. Dolce, et al. |
| 13-cv-02461 | Ahmed v. Napolitano |
| 13-cv-03503 | HSBC Bank USA, National Association v. Jabeen, et al. |
| 13-cv-04684 | Doorneweerd v. Advanced Heart Group |
| 13-cv-05764 | Walsh v. Will County Adult Detention Facility, et al. |
| 13-cv-06645 | Smith v. Stonebridge Life Insurance Company, et al. |
| 13-cv-07293 | Nationwide Mutual Insurance Company, et al. v. Powertrain Products, Inc., et al. |

List of Cases to be Reassigned to the Initial Calendar of
the Hon. Andrea R. Wood from the Hon. Milton I. Shadur

| | |
|---|---|
| 10-cv-03770 | Miller UK Ltd., et al. v. Caterpillar, Inc. |
| 11-cv-04885 | Hanna v. City of Chicago |
| 12-cv-01137 | MacFarlan v. Board of Education School District 65 |
| 12-cv-05305 | O'Bryan v. Postrack Technologies, Inc., et al. |
| 12-cv-09309 | American Family Insurance Company v. Electrolux Home Products, Inc. |
| 13-cv-01259 | Myszka v. National Collegiate Scouting Association, Inc. |
| 13-cv-02241 | Constellation NewEnergy, Inc. v. 4220 Kildare LLC |
| 13-cv-03325 | J&J Sports Productions, Inc. v. Maziarz, et al. |
| 13-cv-04812 | Methode Electronics, Inc. v. Weng |
| 13-cv-06010 | Flores v. Trans Union, LLC |
| 13-cv-07068 | Wells Fargo Bank v. Pinckney, et al. |
| 13-cv-07571 | LaPorta v. Beers, et al. |

List of Cases to be Reassigned to the Initial Calendar of
Judge-Designate Andrea R. Wood from the Hon. Amy J. St. Eve

12-cv-01198  Pinpoint Incorporated v. Staples, Inc.
12-cv-06756  Triune Health Group, Inc., et al. v. U.S. Dept. of Health & Human Services, et al.
12-cv-09533  FirstMerit Bank, N.A. v. 525 Homer, LLC, et al.
13-cv-01100  Castro v. City of Chicago, et al.
13-cv-02246  FDIC v. Pantazelos, et al.
13-cv-03359  Serna v. Sears, et al.
13-cv-04708  Cox, et al. v. Gillenwater, et al.
13-cv-05120  Landmark American Ins. Co. v. Sandona Corporation and Brothers Lounge, et al
13-cv-05818  Lavery v. Radio Shack Corporation
13-cv-06478  Advansoft International Inc. v. Holder, et al.
13-cv-07171  Evans v. Godinez, et al.
13-cv-07589  Castro, et al. v. Bank of America


List of Cases to be Reassigned to the Initial Calendar of
the Hon. Andrea R. Wood from the Hon. John J. Tharp, Jr.

07-cv-01616  Clark, et al. v. Chicago Police Officers John Doe 1-3
             07-cv-05251   Gonzalez v. City of Chicago, et al.
10-cv-07097  Johnsen v. Village of Rosemont, Illinois, et al.
11-cv-07923  Davis, et al. v. Packer Engineering, Inc., et al.
12-cv-01095  Yapp v. Astellas Pharma US Inc., et al.
12-cv-05158  Parnell v. J. C. Penney Corporation, Inc.
12-cv-09180  Lee v. Chicago Transit Authority
12-cv-10234  Perry v. Yurkovich, et al.
13-cv-01856  Taylor v. Cook County Sheriff's Office, et al.
             13-cv-06512   Taylor v. Cook County Sheriff's Office, et al.
13-cv-03851  Coppage v. Rodriguez, et al.
13-cv-05881  Novotny v. Plexus Inc., et al.
13-cv-06096  Oses v. CoreLogic SafeRent LLC
13-cv-06839  Tate v. American Association of Endodontists, et al.

List of Cases to be Reassigned to the Initial Calendar of
the Hon. Andrea R. Wood from the Hon. James B. Zagel

| | |
|---|---|
| 08-cv-04492 | Yano v. City Colleges of Chicago, et al. |
| 10-cv-06656 | Padron, et al. v. Wal-Mart Stores, Inc. |
| | 12-cv-08089    Padron v. Wal-mart Stores, Inc. |
| 11-cv-05418 | Delgado v. Hardy, et al. |
| 12-cv-01072 | Clark v. AAR Corp., et al. |
| 12-cv-05746 | Charvat v. Travel Services, et al. |
| 12-cv-07681 | Jackson v. DS Express, Inc., et al. |
| 12-cv-09649 | Lopera v. Receivable Management Services Corporation, et al. |
| 13-cv-00532 | Chicago Painters Pension Fund, et al. v. Rock-It Interiors, Inc. |
| 13-cv-01907 | US Bank National Association v. Allen, et al. |
| 13-cv-05285 | Brooks v. Thomas, et al. |
| 13-cv-06172 | Glaziers Local 27 Pension Funds v. Architectural Glass |
| 13-cv-07021 | Argudin v. Haworth, et al. |